United States District Court
Southern District of Texas
**ENTERED**
September 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN RAUL NAVARRO RAMIREZ § § § | |
| VS. § § | CIVIL ACTION NO.   M-18-386 |
| LORIE DAVIS § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Petitioner Juan Raul Navarro Ramirez's Motion to Stay Federal Habeas Proceedings, which had been referred to the Magistrate Court for a report and recommendation. On July 20, 2019, the Magistrate Court issued the Report and Recommendation,[1] recommending that Petitioner's motion to stay be granted, that this case be stayed and administratively closed, and that Petitioner be ordered to move to open this case within thirty (30) days after the conclusion of the state Chapter 64 litigation.

Respondent timely filed objections[2] and Petitioner filed a motion for extension of time[3], as well as a response[4] to Respondent's objections. The Court hereby GRANTS the Motion for Extension of Time and Considers the Response as timely filed. Thus, the Court considers the Report and Recommendation along with the Objections and Response.

Pursuant to 28 U.S.C. § 636(b)(1)(c), the Court has made a de novo determination of those portions of the report to which objections have been made.  As to those portions to which

---

[1] Dkt. No. 49.
[2] Dkt. No. 50.
[3] Dkt. No. 51.
[4] Dkt. No. 53.

no objections have been made, in accordance with Federal Rule of Civil Procedure 72(b), the Court has reviewed the report for clear error.

Having thus reviewed the record in this case, the parties' filings, and the applicable law, the Court adopts the Report and Recommendation in its entirety Accordingly, it is hereby ORDERED that Petitioner's Motion to Stay is GRANTED, that this case is STAYED and the Clerk shall ADMINISTRATIVELY CLOSE this case, and that Petitioner is ORDERED to move to open this case within thirty (30) days after the conclusion of the state Chapter 64 litigation.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of September, 2019.

_____
Micaela Alvarez
United States District Judge